UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60861-CIV-COHN/STRAUSS

MARIO ZERON, *et al.*,

    Plaintiffs,

v.

C & C DRYWALL CORPORATION, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 118] ("Report") of Magistrate Judge Jared M. Strauss regarding Judgment Creditors' Amended Motion for Charging Order [DE 115] ("Motion"). The Court has reviewed the Motion, the Report, and the record in this case, and is otherwise advised in the premises. The Court notes that no objections were filed to the Report, and the deadline for doing so has passed.

In the Report, Judge Strauss concludes that Judgment Creditors are entitled to the entry of a charging order against Defendant Mark Parello's ("Parello") interest in U-Do-It Automotive Lift Rental, LLC (the "Company) but that they have not met their burden of showing that foreclosure of Parello's interest in the Company is appropriate. DE 118 at 2, 4. The Court agrees with Judge Strauss' analysis and conclusion and adopts the Report in full.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.  The Report and Recommendation of Magistrate Judge [DE 118] is

    **ADOPTED** in its entirety.

2. Judgment Creditors' Amended Motion for Charging Order [DE 115] is **GRANTED in part** and **DENIED in part** as set forth below:

3. A charging order against Parello's transferable interest in the Company for payment of the unsatisfied amount of the Default Final Judgment [DE 67] with interest is hereby **ENTERED**.  This charging order constitutes a lien upon Parello's transferable interest in the Company.  The Company shall pay over to Plaintiffs/Judgment Creditors, Mario Zeron, Miguel Zeron, Luis Machado, Jesus Sanchez, and Edwin Eldovin Cruz Guzman, any distributions that would otherwise be paid to Parello (until the Default Final Judgment is satisfied).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2022.

_/s/ James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to:
Magistrate Judge Jared M. Strauss
Counsel of record via CM/ECF